sion, Fourth Department. March 5, 1913.) In the matter of the destruction of useless papers in the office of the County Clerk of Oneida County.

PER CURIAM. Report of referee confirmed, in so far as it holds that the papers contained in the 86 sacks are useless; but said 86 sacks of useless papers are ordered to be stored by the county clerk in a suitable place in the Oneida county courthouse and not destroyed until the further order of the court.

COVEY, Respondent, v. MARKETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1913.) Action by Harriette E. Covey against John A. Markett. No opinion. Judgment and order affirmed, with costs.

COYNE, Appellant, v. JOHN THATCHER & SON, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Mary Coyne, as administratrix, etc., of John Coyne, deceased, against John Thatcher & Son. No opinion. Judgment unanimously affirmed, with costs.

CRAGIN v. BERKELEY. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Mary L. Cragin against Lancelot M. Berkeley. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

CRAWFORD v. CRAWFORD. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Appeal from Special Term, New York County. Action by William R. Crawford against Helen Crawford. From an order granting an extension of time to serve a complaint, plaintiff appeals. Modified and affirmed. Franklin Bien, of New York City, for appellant. Gervase Green, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by extending the plaintiff's time to serve the complaint five days from the entry and service of the order to be entered on this appeal. As so modified, the order is affirmed, without costs.

CROKER v. TAYLOR et al. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Geo. P. Croker against Harry Taylor and another. No opinion. Motion granted. Question certified. Order filed. See, also, 139 N. Y. Supp. 842.

CURRIE et al., Appellants, v. VREELAND, Respondent. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Frederick Currie and others against George F. Vreeland. W. W. Irwin, of New York City, for appellants. H. L. Scheuerman, of New York City, for respondent. No opinion.

Order affirmed, with $10 costs and disbursements. Order filed.

In re CURTIS. In re HASBROUCK. SPORBORG et al. v. BAUM. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of Benjamin F. Curtis, deceased. In the matter of the judicial settlement of the accounts of Louis B. Hasbrouck, as executor, etc. Action by William D. Sporborg and another against Frank W. Baum, etc. No opinion. Motions to withdraw appeal granted, on payment of $10 costs, and motion to dismiss appeal denied, without costs. See, also, 139 N. Y. Supp. 1126.

In re CUSTY'S ESTATE. O'DONNELL et al., Respondents, v. CUSTY, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) In the matter of the estate of Bridget Custy, formerly Bridget Griffin, deceased. Action by Margaret O'Donnell and another against Daniel M. Custy. No opinion. Decree of the Surrogate's Court of Queens County affirmed, with costs.

DALE, Appellant, v. DALE, Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Lillian P. Dale against Francis C. Dale. W. S. Brewster, of New York City, for appellant. H. T. Kingsbury, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

D'ALTOMONTE v. NEW YORK HERALD CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Antonio B. d'Altomonte against the New York Herald Company. No opinion. Motion granted, and questions certified. Order filed. See, also, 139 N. Y. Supp. 200.

In re DAMRON. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of William C. Damron, an attorney. No opinion. Motion granted.

DANZIGER v. GOTTLIEB. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Chas. S. Danziger against Joseph Gottlieb. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 139 N. Y. Supp. 1120; 140 N. Y. Supp. 1115.

DANZIGER et al., Respondents, v. GOTTLIEB, Appellant. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Charles S. Danziger and another against Joseph Gottlieb. C. Eno, of New York City, for appellant. O. C. Sommerich, of New York City, for respondents. No opinion. Or-